ORIGINAL

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

FILED
DEC 27 2006
U.S. COURT OF FEDERAL CLAIMS

EASTERN SHOSHONE INDIAN TRIBE and NORTHERN ARAPAHO INDIAN TRIBE,

*Plaintiffs,*

v.

THE UNITED STATES,

*Defendant.*

No. 06-903 L

## NOTICE OF DIRECTLY RELATED CASES

The Eastern Shoshone Indian Tribe and Northern Arapaho Indian Tribe ("Tribes"), the plaintiffs herein, hereby give notice that the Complaint they are filing contemporaneously with this document is, in the Tribes' opinion, directly related to the following cases, all of which have been consolidated before Judge Hewitt:

*Shoshone Indian Tribe of the Wind River Reservation, Wyoming v. United States*, No. 458-79;
*Arapaho Indian Tribe of the Wind River Reservation, Wyoming v. United States*, No. 459-79;
*Shoshone Indian Tribe of the Wind River Reservation, Wyoming v. United States*, No. 4582-79;
*Arapaho Indian Tribe of the Wind River Reservation, Wyoming v. United States*, No. 4592-79;
*Shoshone Indian Tribe of the Wind River Reservation, Wyoming v. United States*, No. 4583-79;
*Arapaho Indian Tribe of the Wind River Reservation, Wyoming v. United States*, No. 4593-79;

The new Complaint involves the same parties and is based on similar claims as those asserted in the above cases, but for different time periods. All claims set forth in the Tribes' new Complaint relate to the period commencing January 1, 2001, and extending to the date of filing of the new Complaint. Claims presented in the pre-existing cases extend no further than to December 31, 2000.

The Tribes believe that assignment of the new Complaint to the same judge handling the

pre-existing cases – Judge Hewitt – is likely to conserve judicial resources and promote an efficient determination of the actions. The Tribes have no objection to consolidation of the new Complaint with the pre-existing cases, which have already been consolidated and segmented to address different types of claims and time periods, and it may be appropriate to establish a new sub-docket among the pre-existing cases to address the issues raised in the new Complaint.

Dated: December 27, 2006.

Respectfully submitted,

Harry R. Sachse
*Counsel of Record*
William F. Stephens
SONOSKY, CHAMBERS, SACHSE
ENDRESON & PERRY, LLP
1425 K Street, NW, Suite 600
Washington, DC 20005
(202) 682-0240 (Telephone)
(202) 682-0249 (Facsimile)
hsachse@sonosky.com
*Attorneys for Eastern Shoshone Tribe*

Richard M. Berley
*Counsel of Record*
Brian W. Chestnut
ZIONTZ, CHESTNUT, VARNELL,
BERLEY & SLONIM
2101 4th Avenue, Suite 1230
Seattle, WA 98121
(206) 448-1230 (Telephone)
(206) 448-0962 (Facsimile)
rberley@zcvbs.com
*Attorneys for Northern Arapaho Tribe*