# In the United States Court of Federal Claims

(E-Filed: January 3, 2006)

| | | |
|---|---|---|
| EASTERN SHOSHONE INDIAN TRIBE and NORTHERN ARAPAHO INDIAN TRIBE, | ) | |
| Plaintiffs, | ) | No. 06-903 L |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

ORDER

Before the court is plaintiffs' Notice of Directly Related Cases (notice). Plaintiffs state that the complaint they filed contemporaneously with the notice is directly related to the following cases, all of which have been consolidated previously: 79-458, 79-459, 79-4582, 79-4583, and 79-4593. Notice 1.

The court directs defendant's counsel to comment on the notice. Specifically, the court directs defendant to address whether it does or does not object to the consolidation as contemplated by the plaintiffs. Defendant shall file its comments on or before Wednesday, January 10, 2007.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge