**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| EASTERN SHOSHONE INDIAN TRIBE and NORTHERN ARAPAHO INDIAN TRIBE, *Plaintiffs*, | ) | **Electronically filed: January 4, 2007** |
| v. | ) | No. 06-903 L |
| THE UNITED STATES, *Defendant*. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk of the Court:

Please enter the appearance of Terry M. Petrie as counsel for Defendant United States of America. Service of all papers by U.S. mail, overnight and hand delivery should be addressed as follows:

Terry M. Petrie
United States Department of Justice
Environment & Natural Resources Division
1961 Stout Street, 8th Floor
Denver, CO 80294

Dated: January 4, 2007

Respectfully submitted,

*s/ Terry M. Petrie*
Terry M. Petrie
United States Department of Justice
Environment & Natural Resources Division
General Litigation Section
1961 Stout Street, 8th Floor
Denver, CO 80294
Phone: (303) 844-1369
Facsimile: (303) 844-1350
terry.petrie@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing "NOTICE OF APPEARANCE" has been served by electronic filing with the U.S. Court of Federal Claims upon plaintiffs this 4th day of January, 2007:

Harry R. Sachse
Sonosky, Chambers, Sachse,
Endreson & Perry, LLP
1425 K Street, N.W., Suite 600
Washington, D.C. 20005

*Counsel of Record for Eastern Shoshone Tribe*

Richard M. Berley
Ziontz, Chestnut, Varnell, Berley & Slonim
2104 4th Avenue, Suite 1230
Seattle, WA 98121

*Counsel of Record for Northern Arapaho Tribe*

*s/ Terry M. Petrie*
Terry M. Petrie