IN THE UNITED STATES COURT OF FEDERAL CLAIMS

EASTERN SHOSHONE INDIAN TRIBE and NORTHERN ARAPAHO INDIAN TRIBE,

*Plaintiffs,*

v.

THE UNITED STATES,

*Defendant.*

**Electronically filed: January 4, 2007**

No. 06-903 L

**DEFENDANT'S RESPONSE TO**
**PLAINTIFFS' NOTICE OF DIRECTLY RELATED CASES**

Pursuant to the Court's order filed January 3, 2007, defendant respectfully responds that it does not oppose the consolidation proposed within plaintiffs' "Notice of Directly Related Cases." See Docket Nos. 5 and 4, respectively.

Dated: January 4, 2007

Respectfully submitted,

*s/ Terry M. Petrie*

Terry M. Petrie
United States Department of Justice
Environment & Natural Resources Division
General Litigation Section
1961 Stout Street, 8th Floor
Denver, CO 80294
Phone: (303) 844-1369
Facsimile: (303) 844-1350
terry.petrie@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing "DEFENDANT'S RESPONSE TO PLAINTIFFS' NOTICE OF DIRECTLY RELATED CASES" has been served by electronic filing with the U.S. Court of Federal Claims upon plaintiffs this 4th day of January, 2007:

Harry R. Sachse
Sonosky, Chambers, Sachse,
Endreson & Perry, LLP
1425 K Street, N.W., Suite 600
Washington, D.C. 20005

*Counsel of Record for Eastern Shoshone Tribe*

Richard M. Berley
Ziontz, Chestnut, Varnell, Berley & Slonim
2104 4th Avenue, Suite 1230
Seattle, WA 98121

*Counsel of Record for Northern Arapaho Tribe*

*s/ Terry M. Petrie*
Terry M. Petrie