# In the United States Court of Federal Claims

(E-Filed: January 5, 2007)

| | | |
|---|---|---|
| EASTERN SHOSHONE INDIAN TRIBE and NORTHERN ARAPAHO INDIAN TRIBE, | ) | |
| Plaintiffs, | ) | No. 06-903 L |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

ORDER

Before the court is plaintiffs' Notice of Directly Related Cases (notice) and defendant's Response to Plaintiffs' Notice of Directly Related Cases (response). Plaintiffs state that the complaint they filed contemporaneously with the notice is directly related to the following cases, all of which have been consolidated previously: 79-458, 79-459, 79-4582, 79-4592, 79-4583, and 79-4593. Notice 1. Defendant states that it does not oppose the consolidation proposed by the notice. Response 1.

Further to the foregoing, the Clerk of the Court shall CONSOLIDATE case number 06-903 with the following cases that already have been consolidated: case numbers 79-458 and 79-459 and their member cases.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge