**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| EASTERN SHOSHONE INDIAN TRIBE and NORTHERN ARAPAHO INDIAN TRIBE,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE UNITED STATES,<br><br>*Defendant*. | **Electronically filed: February 21, 2007**<br><br>No. 06-903 L (ECH) |

**MOTION TO WITHDRAW DOCKET ENTRIES [9] and [10 and [PROPOSED ORDER]**

Defendant United States of America respectfully moves this Court to strike docket entries ("D.E.") [9] (Notice of Appearance for Kevin S. Webb) and [10] Parties' Joint Motion for Temporary Stay of Litigation and [Proposed] Order as these entries were filed in error. On February 20, 2007, counsel undersigned filed the above-referenced documents in the above-captioned case. Undersigned counsel intended to file D.E. # 9 and #10 in connection with Eastern Shawnee Tribe of Oklahoma v. United States, No 06-cv-00917. Please re-enter the appearance of Terry M. Petrie as counsel for Defendant United States of America in connection with this case, and withdraw undersigned counsel.

Dated: February 21, 2007

Respectfully submitted,

*s/ Kevin S. Webb*

Kevin S. Webb
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 663
Washington, D.C. 20044
Phone: (202) 305-0479
Facsimile: (202) 353-2021
Kevin.webb@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing "MOTION TO WITHDRAW DOCKET ENTRIES [9] and [10]" has been served by electronic filing with the U.S. Court of Federal Claims upon plaintiffs this 21st day of February, 2007:

Harry R. Sachse
Sonosky, Chambers, Sachse,
Endreson & Perry, LLP
1425 K Street, N.W., Suite 600
Washington, D.C. 20005

*Counsel of Record for Eastern Shoshone Tribe*

Richard M. Berley
Ziontz, Chestnut, Varnell, Berley & Slonim
2104 4th Avenue, Suite 1230
Seattle, WA 98121

*Counsel of Record for Northern Arapaho Tribe*

*s/ Kevin S. Webb*
Kevin S. Webb