**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| EASTERN SHOSHONE INDIAN TRIBE and NORTHERN ARAPAHO INDIAN TRIBE, | **Electronically filed: February 21, 2007** |
| *Plaintiffs*, | |
| v. | No. 06-903 L |
| THE UNITED STATES, | |
| *Defendant*. | |

**[PROPOSED] ORDER**

This matter is before the Court on the Defendant's motion to withdraw docket entries [9] and [10]. Upon consideration of the Defendant's motion and for good cause shown, it is hereby ordered that:

1. The Defendant's motion should be and hereby is GRANTED;

2. Kevin S. Webb shall be removed as the attorney of record and Terry M. Petrie re-instated as the attorney of record in this case.

SO ORDERED.

Date: ______________________

______________________________

HON. EMILY C. HEWITT

Judge, United States Court of Federal Claims