# In the United States Court of Federal Claims

(E-Filed: February 23, 2007)

| | | |
|---|---|---|
| EASTERN SHOSHONE INDIAN TRIBE and NORTHERN ARAPAHO INDIAN TRIBE, | ) | |
| Plaintiffs, | ) | No. 06-903 L |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

ORDER

Before the court is defendant's Motion to Withdraw Docket Entries []9[] and []10 and []Proposed Order[] (motion). Based on the representations therein, the motion is GRANTED.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge