# In the United States Court of Federal Claims

(E-Filed: May 4, 2007)

EASTERN SHOSHONE INDIAN TRIBE and NORTHERN ARAPAHO INDIAN TRIBE,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

No. 06-903 L

ORDER

Before the court is the parties' Joint Preliminary Status Report (JPSR) filed on April 17, 2007. JPSR 1. The JPSR states that "[f]urther proceedings in this portion of the consolidated litigation should be deferred until, at minimum, the currently active phase of the consolidated litigation – [case numbers] 79-4582 and 79-4592, also known as Oil and Gas Phase Two – is complete." JPSR 2. The court assumes that the parties are currently engaged in the discovery process. If the parties would like to discuss any aspect of this case with the court, they may contact the court at their convenience to schedule a telephonic status conference (TSC). If the court does not hear from the parties before the next TSC for Oil and Gas Phase Two, which is scheduled for November 28, 2007 at 2:00 p.m. EST, the court and the parties will discuss the status of the case then.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge